

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kim Killpatrick, et. al.

PLAINTIFF(S)

v.

City of Los Angeles, et. al.

DEFENDANT(S).

CASE NUMBER

CV 03-2258-ABC(AJWx)

JUDGMENT ON THE VERDICT
FOR DEFENDANT(S)

This action having been tried before the Court sitting with a jury, the Honorable __AUDREY COLLINS__, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 3-21-08

By  Daphne Alex
    Deputy Clerk

At: 12:00 pm

cc: Counsel of record